PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kevin A. Thomas                           Cr.: 17-00139-001
                                                            PACTS #: 2861163

Name of Sentencing Judicial Officer:   THE HONORABLE NOEL L. HILLMAN
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/28/2017

Original Offense: Misprision Of a Felony, a Class E felony

Original Sentence: Time served of 223 days custody, 1 year supervised release, $100 special assessment and $500 fine, to be paid in monthly installments of no less than $50, to commence 30 days after release from confinement. The special conditions of alcohol/drug testing and treatment, life skills/education, supporting dependents, financial disclosure and new debt restrictions were also imposed.

Type of Supervision: Supervised Release                 Date Supervision Commenced: 07/28/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'As a condition of supervision, you are instructed to pay a special assessment in the amount of $100.00; it shall be paid in the following manner: due immediately.'<br><br>The offender's special assessment balance is $75.00. |
| 2 | The offender has violated the supervision condition which states 'As a condition of supervision, you are instructed to pay a fine in the amount of $500.00; it shall be paid in the following manner: to be paid in monthly installments of no less than $50.00, to commence 30 days after release from confinement.'<br><br>The offender's fine balance is $500.00. |

U.S. Probation Officer Action:

The offender commenced his term of supervised release on July 28, 2017. Mr. Thomas resides with his mother in Sicklerville, New Jersey. He is employed at New England Moving Company, located in Pennsauken, New Jersey. All drug tests had negative results. Mr. Thomas resolved his child support case. The offender's special assessment balance is $75 and his fine balance is $500. The probation officer notes the Restitution Act of 1996 is applicable in this case. Therefore, the U.S. Attorney's Office Financial Litigation Unit will maintain collection of monies owed for twenty years. Our office has notified the U.S. Attorney's Office Financial Litigation Unit of our proposed action.

Respectfully submitted,

*John Paccione*
By: John Paccione
   U.S. Probation Officer *SAO*
Date: 07/23/2018

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Offender to terminate from supervised release as scheduled on July 27, 2018, and the U.S. Attorney Office's Financial Litigation Unit will maintain collection of monies owed for this case. (as recommended by Probation).

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

July 24, 2018
_____
Date